# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ELVIN TURNER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 77717



FILED

APR 0 3 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This pro se petition for a writ of mandamus challenges the district court's denial of a motion seeking a legible copy of petitioner's complaint and the appointment of counsel.

Having reviewed petitioner's petition and supporting documents, we decline to exercise our discretion to intervene in this matter. Petitioner may challenge the district court's denial of his motion—and any other relevant actions or omissions that occurred in the underlying district court proceeding—in the context of an appeal from the final judgment. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that the issuance of a writ of mandamus is discretionary). We note that petitioner has appealed, in

19- 14595

Docket No. 76015, from the final judgment in the underlying district court case. Therefore, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc:    Hon. Kathleen Delaney, District Judge
John Elvin Turner
Attorney General/Carson City
Eighth District Court Clerk